# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELVIS VENABLE, | ) | NO. CV 09-1489 GHK (FMO) |
|         Petitioner, | ) | |
|         v. | ) | **JUDGMENT** |
| LARRY SMALL, Warden, | ) | |
|         Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   9/30  , 2009.

                                            GEORGE H. KING
                                   UNITED STATES DISTRICT JUDGE